1
2
3
4
5
6          **IN THE UNITED STATES DISTRICT COURT**
7            **FOR THE DISTRICT OF ARIZONA**
8
9   Adam Barnett,                           No. CV-22-00266-PHX-DJH
10              Plaintiff,                   **ORDER**
11  v.
12  Concentrix Solutions Corporation, et al.,
13              Defendants.
14
15          The Court having reviewed the parties' Stipulation of Dismissal (Doc. 72), filed on
16  June 20, 2023,
17          **IT IS ORDERED** approving the Stipulation (Doc. 72) and dismissing this action
18  in its entirety, with prejudice, each party to bear its own attorneys' fees and costs, except
19  as otherwise agreed to by the parties.
20          **IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this
21  action.
22          Dated this 20th day of June, 2023.
23
24
25  _____
26  Honorable Diane J. Humetewa
27  United States District Judge
28